DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORENZO SANCHEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2024-0636 and 4D2024-0705

[July 3, 2024]

Consolidated appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. 21-000265-CF10A.

Lorenzo Sanchez, Century, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***